CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. BERRY,<br><br>              Plaintiff,<br><br>        v.<br><br>AIR FORCE CENTRAL WELFARE FUND; AIR FORCE INSURANCE FUND,<br><br>              Defendants. | Case No. 2:21-cv-01977-JCM-BNW<br><br>**Stipulation and Order for Extension of Time**<br><br>**(First Request)** |

Plaintiff CATHERINE A. BERRY, and Defendants AIR FORCE CENTRAL WELFARE FUND and AIR FORCE INSURANCE FUND, hereby stipulate and agree that Defendants may have a 14-day extension of time, from January 3, 2022 to January 17, 2022[1], to respond to Plaintiff's Complaint: Petition for Entry of Judgment in Accordance with Declaration of Default Pursuant to 33 U.S.C. § 918(a). (ECF No. 1).

An extension is warranted for several reasons. First, defense counsel's office recently lost a number of attorneys and staff. As a result, defense counsel is handling a higher-than-normal caseload. Additionally, only a limited number of attorneys and support staff may work in defense counsel's office at any given time due to the pandemic, thereby slowing the

---

[1] January 17, 2022 is a federal holiday. *See* FRCP 6(a)(1)(C) (if the due date falls on a holiday, that due date is extended to the next day that is not a Saturday, Sunday or holiday).

1

time it takes to process and complete required tasks. Defense counsel's calendar is also busier than normal with upcoming hearings and multiple filing deadlines in several cases, including two before the Ninth Circuit. Lastly, agency attorneys who are assisting with the case were out of the office for a brief period over the holidays. Under the circumstances, good cause exists to extend the deadline for Defendants to respond to Plaintiff's Complaint: Petition for Entry of Judgment in Accordance with Declaration of Default Pursuant to 33 U.S.C. § 918(a). *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendants' first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

DATED: January 3, 2022

| | |
|---|---|
| HAND & SULLIVAN, LLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ George F. Hand<br>GEORGE F. HAND<br>Attorney for Plaintiff | /s/ *Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant U.S. Attorney<br>Attorney for Defendants |

**IT IS SO ORDERED.**

Dated: January  4 , 2022.

_____
UNITED STATES MAGISTRATE JUDGE