CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. BERRY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>AIR FORCE CENTRAL WELFARE FUND; AIR FORCE INSURANCE FUND,<br><br>　　　Defendants. | Case No. 2:21-cv-01977-JCM-BNW<br><br>**Defendants' Motion for Extension of Time**<br><br>**(First Request)** |

　　　Defendants AIR FORCE CENTRAL WELFARE FUND and AIR FORCE INSURANCE FUND, move for a 21-day extension of time—from February 14, 2022 to March 7, 2022—to respond to Plaintiff's motion for an award of attorney fees. (ECF No. 8).

　　　An extension is warranted because defense counsel's office recently lost a number of attorneys and staff. (Vance Decl. ¶ 3). As a result, defense counsel is handling a higher-than-normal caseload. (*Id.*). Additionally, only a limited number of attorneys and support staff may work in defense counsel's office at any given time due to the pandemic, thereby slowing the time it takes to process and complete required tasks. (*Id.*). Finally, defense counsel's calendar is busier than normal with multiple filing deadlines in several cases, including one before the Ninth Circuit. (*Id.*). Under the circumstances, good cause exists to

1

extend the deadline for Defendants to respond to Plaintiff's motion for an award of attorney fees. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendants' first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, but she has not yet heard back from him. (Vance Decl. ¶ 4). This motion is made in good faith and not for the purpose of undue delay. (*Id.*).

DATED: February 14, 2022

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant U.S. Attorney
Attorney for Defendants

### ORDER

Good cause shown, IT IS ORDERED that ECF No. 11 is GRANTED.

IT IS SO ORDERED
DATED: 11:16 am, February 15, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE