JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. BERRY, | Case No. 2:21-cv-01977-JCM-BNW |
| Plaintiff, | |
| v. | **Stipulation and Order for Extension of Time** |
| AIR FORCE CENTRAL WELFARE FUND; AIR FORCE INSURANCE FUND, | **(First Request)** |
| Defendants. | |

Plaintiff CATHERINE A. BERRY, and Defendants AIR FORCE CENTRAL WELFARE FUND and AIR FORCE INSURANCE FUND, hereby stipulate and agree that Defendants may have a 21-day extension of time, from September 29, 2022 to October 20, 2022, to respond to Plaintiff's Objection to Report and Recommendation of Magistrate Judge: Points and Authorities in Support (ECF No. 18). That Report and Recommendation recommends that Defendants' motion to dismiss be granted and Plaintiff's motion for attorney fees be denied. (ECF No. 15 p. 5).

The requested extension is warranted for three reasons. First, defense counsel's office recently lost a number of attorneys and staff. As a result, defense counsel is handling a higher-than-normal caseload. Additionally, only a limited number of attorneys and support staff may work in defense counsel's office at any given time due to the pandemic, thereby slowing the time it takes to process and complete required tasks. Defense counsel's calendar

1

is also busier than normal with upcoming hearings and multiple filing deadlines in several cases, including one before the Ninth Circuit. Under the circumstances, good cause exists to extend the deadline for Defendants to respond to Plaintiff's Objection to Report and Recommendation of Magistrate Judge: Points and Authorities in Support (ECF No. 18). *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendant's first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

DATED: September 27, 2022

| | |
|---|---|
| HAND & SULLIVAN, LLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ George F. Hand*<br>GEORGE F. HAND<br>Attorney for Plaintiff | */s/ Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant U.S. Attorney<br>Attorney for Defendants |

**IT IS SO ORDERED.**

Dated: September 28, 2022

_____
UNITED STATES DISTRICT JUDGE

2