JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
BLAINE T. WELSH
Nevada Bar Number 4790
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
Blaine.Welsh@usdoj.gov
Holly.A.Vance@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. BERRY, | Case No. 2:21-cv-01977-JCM-BNW |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME** |
| AIR FORCE CENTRAL WELFARE FUND; AIR FORCE INSURANCE FUND, | **(Second Request)** |
| Defendants. | |

Defendants Air Force Central Welfare Fund and Air Force Insurance Fund ("Defendants") and Plaintiff Catherine A. Berry ("Plaintiff") stipulate, subject to this court's approval, that Defendants shall have until October 28, 2022, to file a response to Plaintiff's Objection to Report and Recommendation of Magistrate Judge (ECF No. 18). This is the second request for an extension of Defendants' response deadline.

Defendants require additional time for the following reasons:

(1) AUSA Holly Vance, who is assigned to defend this case, was injured in an accident on October 2, 2022. (Welsh Decl. ¶ 2);

///
///

(2) Based on the information available to the undersigned, AUSA Vance will not be able to resume working on this case until November 14, 2022, at the earliest, as she had surgery today, Friday, October 14, 2022, and will be in recovery for an estimated 4-6 weeks (Id.);

(3) All attorneys in the Civil Division of this office are handling a much higher workload than normal (Welsh Decl. ¶ 3);

(4) From December 18, 2021 until now, four of the 14 attorneys in the civil division have left the office (Id.);

(5) Two more attorneys in the civil division will be transferring to other U.S. Attorney's Offices by the end of 2022 (Id.); and,

(6) Given those vacancies and the increased workloads, the undersigned is unaware of any AUSA who could step into this case and prepare the response before October 28, 2022 (Id.).

Under these circumstances, the parties submit that good cause exists for an extension allowing Defendants up to and including October 28, 2022, to file a response to Plaintiff's Objection to Report and Recommendation of Magistrate Judge. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This stipulation is made in good faith and not for the purpose of undue delay. (*Id.*).

///
///
///
///
///
///
///

Defendants and Plaintiff respectfully stipulate that the deadline for Defendants to file a response to Plaintiff's Objection to Report and Recommendation of Magistrate Judge be extended to October 28, 2022.

Respectfully submitted this 17th day of October 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | HAND & SULLIVAN, LLC |
| */s/ Blaine T. Welsh*<br>BLAINE T. WELSH<br>Assistant United States Attorney<br>Attorney for Defendants<br>Air Force Central Welfare Fund and Air Force Insurance Fund | */s/ George F. Hand*<br>George F. Hand, Esq., NSB # 8483<br>Attorney for Plaintiff<br>Catherine A. Berry |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2022

3

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
BLAINE T. WELSH
Nevada Bar Number 4790
HOLLY A. VANCE
Assistant United States Attorneys
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov
Blaine.Welsh@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. BERRY, | Case No. 2:21-cv-01977-JCM-BNW |
| Plaintiff, | |
| v. | **Declaration of Blaine T. Welsh** |
| AIR FORCE CENTRAL WELFARE FUND; AIR FORCE INSURANCE FUND, | |
| Defendants. | |

I, Blaine T. Welsh, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the U.S. Attorney's Office for the District of Nevada. I have served in that capacity since December 1990 and have been the Civil Division Chief for more than a decade. I submit this declaration in support of the stipulation for a second extension of time to file a response to Plaintiff's Objection to Report and Recommendation of Magistrate Judge (ECF No. 18) in the captioned case.

2. AUSA Holly Vance is assigned to defend this case. Unfortunately, she was injured in an accident on October 2, 2022, and based on the information I have, she will not be able to resume discovery matters in this case until November 14, 2022, at the earliest,

1

1  as she had surgery today, Friday, October 14, 2022, and will be in recovery for an estimated 4-6 weeks.

3.   All attorneys in the Civil Division of this office are handling a much higher workload than normal.  From December 18, 2021, until now, four of the 14 attorneys in the civil division have left the office. Two more attorneys in the civil division will be transferring to other U.S. Attorney's Offices by the end of 2022.  Given those vacancies and the increased workloads, I am unaware of any AUSA who could step into this case and prepare the response to Plaintiff's Objection before October 28, 2022.

4.   This extension request is made in good faith and not for the purpose of undue delay.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

Executed this 14th day of October 2022.

/s/ *Blaine T. Welsh*
BLAINE T. WELSH
Assistant U.S. Attorney